B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Ohio

In re Winston Howse , Case No. 17-11398

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

US Bank Trust National Association, as Trustee of Chalet Series III Trust

Name of Transferee

MTGLQ Investors, L.P.

Name of Transferor

Name and Address where notices to transferee should be sent:
C/O SN Servicing Corp.
323 5th Street
Eureka, CA 95501

Phone: 800-603-0836
Last Four Digits of Acct #: 4546

Court Claim # (if known): 8-1
Amount of Claim: $53,599.94
Date Claim Filed: 02/22/2018

Phone: 877-735-3637
Last Four Digits of Acct. #: 3657

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Katie L. Greene  Date: 08.27.18
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



**SN SERVICING CORPORATION**
323 5TH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660 o 2643
8:00 a.m. – 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

August 17, 2018

WINSTON HOWSE
526 SUPERIOR AVE E
STE UNIT 220
CLEVELAND OH 44114

RE: **New Loan Number:**
Old Loan Number:
Collateral: 182 HENRY STREET; AKRON OH

## NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS

Dear Borrower:

You are hereby notified that the servicing of your above-referenced loan, that is, the right to collect payments from you, has been assigned, sold or transferred from Selene Finance LP to SN Servicing Corporation for Chalet Series III Trust effective August 15, 2018.

The assignment, sale, or transfer of the servicing of the loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Your new servicer will be **SN Servicing Corporation**.

The correspondence address for your new servicer is SN Servicing Corporation, 323 Fifth St, Eureka, CA 95501.

Send all payments on or after August 15, 2018 to your new servicer.

**Make your payments payable to:**  Chalet Series III Trust

**Mail your payments to:**  SN Servicing Corporation
PO BOX 660820
DALLAS, TX 75266-0820

Should you have any questions relating to the transfer of servicing to your new servicer call Katie Greene at (800) 603-0836 Monday through Friday between 8:00 a.m. and 5:00 p.m. Pacific Time. You may access your account and make payments via our secure website at https://borrower.snsc.com.

*SN Servicing Corporation for Chalet Series III Trust*
Customer Service Department